**JOSEPH T. MCDANIEL**
ASSISTANT GENERAL COUNSEL

**FIRST TOWER LOAN, LLC**
POST OFFICE BOX 320001
FLOWOOD, MS 39232-0001
PHONE: (601) 992-0936
FAX: (601) 992-5176

April 8, 2025

Clerk of Court
United State Bankruptcy Court
Southern District of Mississippi
2012 15th Street, Suite 244
Gulfport, MS 39501

Re: Tenisha Marie Wilks
Chapter 13, Case No. 25-50050-KMS
First Tower Loan, LLC, doing business as Tower Loan of Biloxi' s Objection to Confirmation of Chapter 13 Plan (#25)

Dear Sir or Madam:

A hearing First Tower Loan, LLC, doing business as Tower Loan of Prentiss' s Objection to Confirmation of Chapter 13 Plan (#25) was set before the Court on March 18, 2025, at 01:30 pm. The parties tentatively settled the matter but need the hearing to be reset.

Please reset this matter for the earliest available date on the Court's docket. Thank you for your attention to this matter. Should you have any questions or concerns, please feel free to contact me.

Sincerely,

/s/ Joseph T. McDaniel
Joseph T. McDaniel
MSB#: 106499
First Tower Loan, LLC
P. O. Box 320001
Flowood, MS 39232-0001
601-992-0936
Fax: 601-992-5176

cc: Thomas Carl Rollins, Jr, Esq.
Attorney for Debtor
trollins@therollinsfirm.com

1