

SO ORDERED,

**Judge Katharine M. Samson**
United States Bankruptcy Judge
Date Signed: May 19, 2025

The Order of the Court is set forth below. The docket reflects the date entered.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: TENISHA MARIE WILKS                Case No. 25-50050-KMS
                                           Chapter 13 Proceedings

### AGREED ORDER ON FIRST TOWER LOAN, LLC, DOING BUSINESS AS TOWER LOAN OF PRENTISS'S OBJECTION TO CONFIRMATION (#25)

The Court is advised that the parties have settled the matter of TOWER'S OBJECTION TO CONFIRMATION (#25) and agree that this Objection should be overruled. The Court finds that the agreement of the parties is well founded and should be incorporated into this Order.

**The claim of Tower Loan filed in the amount of $4,880.83 shall be treated as follows:**

That Tower Loan's lien is avoided as to the one television of Debtor's choice, John Deere push mower, 9mm, two HP laptops, commercial grill, and generator

That the three remaining televisions, which are not subject to lien avoidance, are hereby abandoned from the bankruptcy estate and shall be surrendered to Tower. Tower shall be entitled to file a deficiency claim.

[Continues To Next Page]

Therefore, it is Ordered and Adjudged that TOWER'S OBJECTION TO CONFIRMATION (#25) is overruled. The agreement of the parties as expressed herein is hereby adopted by the Court.

##END OF ORDER##

Agreed:

/s/ Joseph T. McDaniel
Prepared By:
Joseph T. McDaniel
MSB#: 106499
First Tower Loan, LLC
P.O. Box 320001
Flowood, MS 39232


/s/ Thomas C. Rollins, Jr.
Thomas Carl Rollins, Jr
For the Debtor
MSB#: _____
trollins@therollinsfirm.com
P.O. Box 13767
Jackson, MS 39236


David C. Rawlings
For the Trustee
drawl61@hotmail.com
P.O. Box 566
Hattiesburg, MS 39403