United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 25-50050-KMS
Tenisha Marie Wilks Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6      User: mssbad      Page 1 of 3
Date Rcvd: May 27, 2025      Form ID: n031      Total Noticed: 24

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 29, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tenisha Marie Wilks, 477 Progress Road, Prentiss, MS 39474-5228 |
| cr | + | First Consumers Financial of Monticello, LLC., c/o, P.O. Box 759, Ackerman, MS 39735-0759 |
| 5473224 | + | B. Joey Hood, II, Esq., Attorney for First Consumers Financial, of Monticello, LLC, Post Office Box 759, Ackerman, MS 39735-0759 |
| 5462505 | + | Curtis Wilks, 477 Progress Rd Lot A, Prentiss, MS 39474-5228 |
| 5462506 | + | First Consumers Financial of Monticello LLC, PO Box 879, Monticello, MS 39654-0879 |
| 5462509 | ++ | TOWER LOAN, P O BOX 320001, FLOWOOD MS 39232-0001 address filed with court:, Tower Loan, PO Box 1194, Prentiss, MS 39474 |
| 5462510 | + | United Credit Corp of Magee, 1586 Simpson Hwy 49, Magee, MS 39111-4401 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | ^ | MEBN | May 27 2025 20:42:10 | 21st Mortgage Corporation, c/o Edward E. Lawler, Jr., Lawler Foreman PLLC, Post Office Box 2488, Ridgeland, MS 39158, UNITED STATES 39158-2488 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 27 2025 20:51:31 | Ally Servicing LLC as servicer on behalf of Citrus, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5462500 | + | Email/Text: bankruptcy@1ffc.com | May 27 2025 20:46:00 | 1st Franklin, 1667 Simpson Hwy 49, Ste 4, Magee, MS 39111-4291 |
| 5466633 | + | Email/Text: bankruptcy@1ffc.com | May 27 2025 20:46:00 | 1st Franklin Financial Corporation, ATTN: Admin Services, PO BOX 880, Toccoa GA 30577-0880 |
| 5462501 | | Email/Text: ebn@21stmortgage.com | May 27 2025 20:46:00 | 21st Mortgage Corporation, P.O. Box 477, Knoxville, TN 37901 |
| 5462502 | + | Email/Text: bnc@teampurpose.com | May 27 2025 20:46:00 | Advance America, 769 US 98, Columbia, MS 39429-8256 |
| 5462503 | + | Email/Text: ally@ebn.phinsolutions.com | May 27 2025 20:46:00 | Ally Financial, Inc, Attn: Bankruptcy, Po Box 380901, Bloomington, IL 55438-0901 |
| 5469023 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 27 2025 20:51:36 | Ally Servicing LLC as servicer, on behalf of Citrus Tree Finance LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5465780 | + | Email/Text: ebnnotifications@creditacceptance.com | May 27 2025 20:46:00 | CREDIT ACCEPTANCE CORPORATION, 25505 W 12 MILE RD STE 3000, SOUTHFIELD, MI 48034-8331 |
| 5462504 | + | Email/Text: ebnnotifications@creditacceptance.com | May 27 2025 20:46:00 | Credit Acceptance, Attn: Bankruptcy, 25505 West 12 Mile Rd, Ste 3000, Southfield, MI 48034-8331 |
| 5473720 | + | Email/Text: bankruptcy@curo.com | May 27 2025 20:46:00 | First Heritage, 101 N Main St. Ste 600, Greenville, South Carolina 29601-4846 |

| District/off: 0538-6 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 27, 2025 | Form ID: n031 | Total Noticed: 24 |

| Recip ID | | | | |
|---|---|---|---|---|
| 5462507 | + Email/Text: bankruptcy@curo.com | | May 27 2025 20:46:00 | First Heritage, Attn: Bankruptcy, Po Box 1947, Greenville, SC 29602-1947 |
| 5484566 | + Email/Text: bankruptcy@towerloan.com | | May 27 2025 20:46:00 | First Tower Loan, LLC, P.O. Box 320001, Flowood, MS 39232-0001 |
| 5466847 | Email/PDF: cbp@omf.com | | May 27 2025 20:51:31 | ONEMAIN FINANCIAL GROUP, LLC, OneMain, PO BOX 3251, EVANSVILLE, IN 47731-3251 |
| 5462508 | + Email/PDF: cbp@omf.com | | May 27 2025 20:51:31 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 5467750 | + Email/Text: bk@worldacceptance.com | | May 27 2025 20:46:31 | World Acceptance Corp., World Acceptance Corporation, Attn: Bankruptcy, PO Box 6429, Greenville, SC 29606-6429 |
| 5462511 | + Email/Text: bk@worldacceptance.com | | May 27 2025 20:46:35 | World Finance, Po Box 6429, Greenville, SC 29606-6429 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | First Tower Loan, LLC, d/b/a Tower Loan of Prenti |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 29, 2025     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 27, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| B. Joey Hood, II | on behalf of Creditor First Consumers Financial of Monticello LLC., c/o Joey Hood, Attorney at Law cynthiah@jhoodlaw.com, notices@jhoodlaw.com |
| David Rawlings | ecfnotices@rawlings13.net sduncan@rawlings13.net |
| Edward E. Lawler, Jr. | on behalf of Creditor 21st Mortgage Corporation elawler@mckaylawler.com kfriday@mckaylawler.com |
| Joseph Todd McDaniel | on behalf of Creditor First Tower Loan LLC, d/b/a Tower Loan of Prentiss jmcdaniel@towerloan.com, cedouglas@towerloan.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Tenisha Marie Wilks trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |

District/off: 0538-6 User: mssbad Page 3 of 3
Date Rcvd: May 27, 2025 Form ID: n031 Total Noticed: 24

United States Trustee
                USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 6

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 25−50050−KMS
**Chapter:** 13

**In re:**

Tenisha Marie Wilks
477 Progress Road
Prentiss, MS 39474

### Notice of Entry of Order Confirming Plan

The Court entered an Order on May 27, 2025 (Dkt. # 46 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: May 27, 2025                                        Danny L. Miller, Clerk of Court