

October 23, 2025

BANKRUPTCY COURT/CHAPTER 13 TRUSTEE

RE: **Tenisha Marie Wilks**
CASE # 25-50050

ACCOUNT: #XXX7476

Credit Acceptance is withdrawing its Claim # 11 filed 10/23/2025 in the amount of $1871.27. Any questions, please feel free to contact me at (800) 667-4753 X 4105

Sincerely,

/s/ TAWNYA EVANS
TAWNYA EVANS
25505 W 12 Mile Rd #3000
Southfield MI 48034
Phone# (800) 667-4753 ext 4105
Fax# (855)817-4381
Tevans1@creditacceptance.com